| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:10CR00072 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
|---|---|---|---|
| Lawrence R. Lee, III | Southern District of WV | | Charleston |
| 166 W Cook Road | NAME OF SENTENCING JUDGE | | |
| Cheshire, Ohio 45620 | Honorable John T. Copenhaver, Jr | | |
| | DATES OF SUPERVISED RELEASE | FROM June 22, 2012 | TO June 21, 2015 |

**OFFENSE**

18 U.S.C. § 844(d), Transporting explosives in interstate commerce with intent to intimidate person and unlawfully destroy real property,

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ SOUTHERN _____ DISTRICT OF _____ WEST VIRGINIA _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ SOUTHERN DISTRICT OF OHIO _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 29, 2012
*Date*

*/s/ John T. Copenhaver*
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ SOUTHERN _____ DISTRICT OF _____ OHIO _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/19/2012
*Effective Date*

*/s/ George C. Smith*
*United States District Judge*